IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Criminal Case No.  07-cr-00130-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOSE LUIS TORRES, a/k/a Gordo,

        Defendant.

_____

ORDER
_____

       The defendant Jose Luis Torres has filed a motion to exclude time from the speedy trial clock.  Mr. Torres stands indicted of one count of conspiracy to possess with intent to distribute 500 grams or more of methamphetamine, 21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(viii) and 846, and 18 U.S.C. § 2.  He represents that recordings of phone calls, evidence in this case, must be transcribed and reviewed.  Also, defense counsel must interview several witnesses.  The Government does not oppose the motion.

       For those and other reasons stated on the record during the May 2, 2007 hearing, I find and conclude, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(i) & (iv), that:

1) failure to grant a continuance would be likely to result in a miscarriage of justice;

2) failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and that

3) the ends of justice served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, it is ORDERED that:

1) the motion to exclude time [14] is GRANTED; and

2) the speedy trial clock is tolled until **Wednesday, June 20, 2007 at 8:00 A.M.**, at which time a further status and scheduling conference shall occur.

Dated: May 2, 2007 in Denver, Colorado.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge